IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:10-CV-12-BO

| | |
|---|---|
| DOUGLAS S. MCGLOHON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| CAMPBELL UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the Court on Plaintiff's application to proceed *in forma pauperis*, and for frivolity review pursuant to 28 U.S.C. § 1915(e)(2)(B). For the reasons stated below, Plaintiff's claim is DISMISSED.

## BACKGROUND

Magistrate Judge David W. Daniel filed an Order and Memorandum and Recommendation (M&R) on April 12, 2010. The magistrate found Plaintiff's application to proceed *in forma pauperis* appropriate, but recommended that the underlying Complaint be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff filed an objection to the M&R on April 28, 2010.

## DISCUSSION

Under Local Rule 72.4(b), this Court "shall make a *de novo* determination of those portions of [the M&R] to which objection is [timely] made. . . ." Other than objecting to the M&R and stating his case has merit, Plaintiff's objection, is uninteligible. Plaintiff claims Defendant discriminated him against under Title VII by not granting his law school application for admission. However, Plaintiff admits he has never attended college, and his filings are rife

with grammatical and spelling errors that give a clear indication as to Defendant's non-discriminatory reasons for rejecting Plaintiff's application for law school.

Having conducted a careful review of the M&R and other documents of record, this Court hereby finds that the recommendations of Magistrate Judge Daniel are, in all respects, in accordance with the law. Therefore, this Court adopts the recommendation of the Magistrate Judge and the Plaintiff's complaint is DISMISSED.

## CONCLUSION

Accordingly, Plaintiff's complaint is DISMISSED as frivolous.

SO ORDERED.

This 2/ day of June, 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE