IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:10-CV-12-BO

| | | |
|---|---|---|
| DOUGLAS S. McGLOHON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAMPBELL UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has before it a Motion to Change Venue [DE 16] filed by Plaintiff Douglass S. McGlohon. Considering Plaintiff's Motion and Defendant's Response in Opposition, the Court finds as fact that:

1. On June 23, 2010, this Court dismissed as frivolous the original Complaint of Plaintiff;

2. On September 19, 2010, the Court dismissed Plaintiff's Motion to Docket a Judgment;

3. Plaintiff filed the instant Motion on November 15, 2010–more than thirty days from the entry of any previous order filed in this matter;

4. The Plaintiff has not filed or served a Notice of Appeal from any order in this matter;

WHEREFORE, because Plaintiff has not filed a timely appeal pursuant to Federal Rule of Appellate Procedure 4(a) and 28 U.S.C. § 2107, this Court is without jurisdiction to consider Plaintiff's Motion. *Browder v. Director, Dept. of Corrections*, 434 U.S. 257, 264 (1978); *accord Alston v. MCI Comm. Corp.*, 84 F.3d 705, 706 (4th Cir. 1996); *Rector v. Approved Federal Savings Bank*, 265 F.3d 248, 253 (4th Cir. 2001).

## CONCLUSION

For the reasons set forth above, Plaintiff's Motion to Change Venue [DE 16] is DENIED.

SO ORDERED.

This __24__ day of January, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE